**Fred Buttrick, appellee, v. Yellow Cab Company, appellant. Gen. No. 31,577.**

Action to recover for personal injuries from being run upon by

automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded. Taylor, P. J., dissents. Opinion filed January 18, 1928. Rehearing denied January 30, 1928.

Samuels, Costello & Greenberg and Rose & Symmes, for appellant. James E. McShane and Joseph F. Elward, for appellee.

Mr. Justice Wilson delivered the opinion of the court.